## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDELL MOORE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  25-4411** |
| | : | |
| **SEAN C. CAMBURN,** | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this 18th day of March 2026, upon consideration of defendant Sean C. Camburn's motion to dismiss (DI 21), and plaintiff Lindell Moore's failure to comply with the court's orders to file a response thereto (DI 22), and to show cause why the case should not be dismissed for failure to prosecute (DI 23), it is **ORDERED**:

1.      The case is **DISMISSED WITH PREJUDICE** due to Mr. Moore's failure to prosecute this case, for the reasons stated in the court's accompanying memorandum applying the factors announced in *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).

2.       Defendant Camburn's motion to Dismiss (DI 11) is **DENIED AS MOOT**.

3.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
MURPHY, J.